EXHIBIT C
TO DEFENDANT'S
MEMORANDUM
IN SUPPORT OF ITS
MOTION FOR SANCTIONS

INVOICENETTLES

DIXY MOORE TURNER ASSOCIATES, INC.  
6001 SOUTH KINGS HIGHWAY, UNIT 64  
MYRTLE BEACH, SOUTH CAROLINA 29575

DATE: DECEMBER 28, 2015

INVOICE NO. 2015-66

TOTAL DUE: $ 152.15

FEDERAL I.D. NO. 57-0878855

TO: KENNETH W. NETTLES, JR  
LYLES, DARR & CLARK, LLP  
104 N. DANIEL MORGAN AVE., SUITE 200  
SPARTANBURG, SOUTH CAROLINA 29306

SERVICES BY: DIXY MOORE TURNER, INC. COURT REPORTER-DIXY MOORE TURNER

DATE OF SERVICE:   DECEMBER 15, 2015

RE: WENDELL COOPER, PLAINTIFF VS. SPARTANBURG SCHOOL DISTRICT SEVEN, DEFENDANT

| | |
|---|---:|
| APPEARANCE FEE: | $ 120.00 |
| ORIGINAL AND ONE: TRANSCRIPT: | 24.00 |
| EXHIBITS: 6 PGS | 2.40 |
| POSTAGE: . | 5.75 |
| TOTAL DUE: | $ 152.15 |

CC: NONE

PAYMENT IS DUE UPON RECEIPT OR PER AGREEMENT. A MONTHLY $10 LATE FEE WILL BE ADDED TO ALL ACCOUNTS OVER 30 DAYS.

Page 1