# EXHIBIT 3
## TO AFFIDAVIT IN SUPPORT
## OF DEFENDANT'S BILL OF COSTS

INVOICE


DIXY MOORE TURNER ASSOCIATES, INC.          DATE: FEBRUARY 16, 2016
6001 SOUTH KINGS HIGHWAY, UNIT 64
MYRTLE BEACH, SOUTH CAROLINA 29575          INVOICE NO.2016-01

                                            TOTAL DUE: $ 1,867.40

FEDERAL I.D. NO. 57-0878855



TO: KENNETH W. NETTLES, JR., ESQUIRE
    LYLES, DARR & CLARK, LLP
    104 NORTH DANIEL MORGAN AVENUE
    P.O. BOX 5726
    SPARTANBURG, SOUTH CAROLINA 29304



    SERVICES BY: DIXY MOORE TURNER, INC. COURT REPORTER-KAREN BELANGER

    DATE OF SERVICE:    JANURARY 15, 2016

    RE: WENDELL COOPER, PLAINTIFF VS. SPARTANBURG SCHOOL DISTRICT SEVEN


    APPEARANCE FEE: 9-7:03                          $ 240.00

    ORIGINAL AND ONE: WENDELL COOPER: 377 PGS         1,508.00


    COMPRESSED/PDF:                                      20.00

    POSTAGE:                                             13.00


    EXHIBITS: 216 PGS                                    86.40
                                                   _____


                                    TOTAL DUE:       $1,867.40



    CC: NONE


    PAYMENT IS DUE UPON RECEIPT OR PER AGREEMENT.  A MONTHLY
    $10 LATE FEE WILL BE ADDED TO ALL ACCOUNTS OVER 30 DAYS.